## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher P. Spinos, a Task Force Officer (TFO) with the Drug Enforcement Administration ("DEA"), United States Department of Justice, being first duly sworn, depose and state underoath as follows:

1.      This affidavit is made in support of a criminal complaint against Devante SMITH (hereinafter "SMITH"), charging that on or about April 23, 2026, SMITH committed the following federal offenses: possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and felon in possession of firearms and ammunition in violation of Title 18, United States Code, Section 922(g)(1).

### TRAINING AND EXPERIENCE

2.      TFO Spinos is an employee of the City of Shaker Heights Police Department since March 17, 2017, assigned to the City of Shaker Heights Detective Bureau. TFO Spinos is currently a Task Force Officer with the DEA and has been so employed since June of 2025, within the meaning of Section 878(a) of Title 21, United States Code, that is an officer who is empowered by law to conduct investigations, make arrests, execute search warrants, and seize property in connection with violations of Title 18, United States Code and Title 21, United States Code.   TFO Spinos has participated in the preparation of affidavits in support of numerous search and arrest warrants for violations of state drug laws contained in Ohio Revised Code Chapter 2925, and federal drug laws contained in Title 21, United States Code, as well as in the execution of the same.  In addition, Affiant has, as a TFO with DEA, made seizures of contraband, conveyances, currency, drug paraphernalia, and firearms possessed or used in relation to violations of Ohio Revised Code Chapter 2925 and Title 21, United States Code, Section 841. TFO Spinos has successfully conducted investigations that have resulted in the arrest of drug

1

traffickers and the seizure of quantities of drugs and drug-related proceeds.  TFO Spinos has

further conducted surveillance operations of drug traffickers and has interviewed numerous

persons personally involved during controlled purchases of narcotics.  Through this training and

experience, TFO Spinos has become familiar with, and has gained a thorough understanding of

the methods, manner and means used by individuals engaged in the unlawful manufacturing,

trafficking, and use of controlled substances. TFO Spinos has been employed by the Shaker

Heights Police Department ("SHPD") since 2017.  TFO Spinos served as a patrolman,

investigator, and detective for SHPD and was previously a sworn police officer with the Village of

Bratenahl Police Department (BPD) from September of 2013 until March of 2017 and during that

time served as a patrolman and a detective. TFO Spinos has received training in the investigation

of felony and misdemeanor offenses, including but not limited to drug offenses, homicides,

felonious assaults, theft offense, burglaries and property crimes, during his basic training with the

Ohio Peace Officer Training Academy (OPOTA); and participated in hundreds of arrests,

prosecutions, and has participated in obtaining and executing search warrants of all manner of

Ohio laws. TFO Spinos has received training in criminal activity and drug interdiction from the

Ohio State Highway Patrol, and interview and interrogation from the Ohio High Intensity Drug

Trafficking Area training curriculum. TFO Spinos received an Associates of Applied Science

Criminal Justice-Law Enforcement from Lakeland Community College. TFO Spinos has

completed further training while employed as a DEA TFO in fields of basic telecommunications

exploitation, electronic surveillance, asset forfeiture, money laundering, and narcotics interdiction

through the DEA Task Force Officer School in Detroit, Michigan. TFO Spinos also has field

experience as a TFO with management of confidential sources who purchased controlled

substances, and made seizures of contraband, conveyances, currency, drug paraphernalia, and

firearms possessed or used in relation to violations of Title 21, United States Code, Section 841,

that familiarized him with the practices of drug traffickers.

3.    During his career, TFO Spinos has participated in many investigations involving the organized manufacture, possession, and distribution of illegal drugs and has made numerous arrests for drug related offenses.  His experience with SHPD and DEA includes, but is not limited to: physical and electronic surveillance, analyzing pen register and telephone toll data, interviewing witnesses, drafting and executing search warrants seeking seizure of illegal drugs and other evidence of drug violations, acting in an undercover capacity to purchase controlled substances, supervising the purchases of controlled substances by undercover agents and informants, and debriefing numerous persons arrested and convicted of drug trafficking offenses about their illegal activity. TFO Spinos made seizures of contraband, conveyances, currency, drug paraphernalia, and firearms possessed or used in relation to violations of Title 21, United States Code, Section 841, that familiarized him with the practices of drug traffickers.

4.    TFO Spinos has gained knowledge that members and co-conspirators of complex drug trafficking organizations utilize various veiling methods and engage in activities in efforts to thwart the efforts of law enforcement personnel. Members of drug trafficking organizations commonly utilize multiple cellular phones and subscribe said phone numbers in the names of fictitious people or relatives. Members also utilize numerous vehicles, and exchange vehicles at irregular intervals, with said vehicles being registered to relatives, fictitious companies, or in the names of invented individuals. I also have experience recognizing members of drug trafficking organizations engaging in driving maneuvers that are designed to assist criminals in the possible identification of law enforcement personnel who are engaging in surveillance operations. I also know drug traffickers use multiple residences in an effort to thwart law enforcement by separating the fruits of the crimes, to different locations. I know it is common for drug traffickers to use apartments, to blend in with multiple other residences, making it difficult for law enforcement to

locate the location. All these activities are done in the hope that criminal activities will be disguised.

5.      Based on my training and experiences in other investigations, I have conducted numerous analyses of billing and toll records for telephones used by drug traffickers. I know drug trafficking is often furthered by using multiple cellular phones, multiple insulated contacts, and pre-paid cellular phones, which is also known as compartmentalization. The use of the telephones in this manner is designed to help avoid detection by law enforcement.

6.      I know based upon training and experience that drug trafficking and money laundering organizations routinely use a number of other operational techniques, designed and implemented to achieve two goals: first, the successful distribution of controlled substances and the subsequent collection of the proceeds of that illegal activity; and second, the minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

7.      I have participated in multiple drug cases, some of which I have been debriefed on Title III investigations involving drug trafficking activities by other investigating agents who have shared their knowledge and allowed for me to become familiar with the patterns of activity of drug traffickers, the types and amounts of profits made by drug dealers, and the methods, language, and terms that are used to disguise the source and nature of the profits from their illegal drug dealings.

8.      I also know from training and experience that drug traffickers periodically change, or "drop," their telephones and/or telephone numbers to avoid law enforcement interception of their conversations. Moreover, it is my experience that narcotics distributors purposefully use multiple communication devices (for example, cellular telephones) to keep law enforcement from understanding the full scope of their own and/or their organization's illicit conduct, in the event

4

that their communications are being intercepted. I also know that drug traffickers frequently use text messaging to communicate with other traffickers in an effort to thwart law enforcement interception of communications.

9.     Unless otherwise noted, wherever in this Affidavit, I assert a statement was made, my observations provided the information, or another special agent or law enforcement officer, or witness who had either direct or hearsay knowledge of that statement to whom the I or others have spoken or whose reports I have personally read and reviewed. This Affidavit does not contain every piece of information known to Affiant and otherinvestigators, but rather only information sufficient to establish probable cause to support the requested warrant.

**PROBABLE CAUSE**

10.     On April 22, 2026, United States District Court Judge Jennifer Dowdell Armstrong of the Northern District of Ohio authorized a search warrant for the residences of Devante SMITH at 1458 Golden Gate Boulevard, building "F", Unit# 2, Mayfield Heights, Ohio, and 1333 East 185th Street, Cleveland, Ohio based on an affidavit by TFO Chris Spinos. This search warrant was based on an investigation spanning roughly eight months that involved multiple controlled purchases of narcotics from SMITH. Specifically, the investigation, which utilized pings location data, physical surveillance, and confidential informants, revealed that SMITH lived 1458 Golden Gate Boulevard, building "F", Unit# 2, Mayfield Heights, Ohio, and previously lived at 1333 East 185th Street, Cleveland Ohio. In addition, in relation at least three controlled purchases of narcotics, SMITH traveled directly from 1333 East 185th Street, Cleveland Ohio, to the buy location and returned back to the residence after the drug transactions, indicating that the residence was being used as SMITH's stash house.

11.     On April 23, 2026, at approximately 6:00 AM, members of the DEA Cleveland DO, assisted by members of SPAN Narcotics executed a federal search warrant at 1458 Golden

5

Gate Boulevard, building "F", Unit# 2, Mayfield Heights, Ohio. Devante SMITH

and Georgiana RIVERS were the sole occupants who were detained.

12.     In summary, members of the DEA CDO assisted by SPAN Narcotics members,

then conducted a probable cause search of 1458 Golden Gate Boulevard, building "F", Unit# 2,

Mayfield Heights, Ohio, and the following items of evidentiary value were recovered inside:

- One (1) loaded Springfield Armory XD semi-automatic handgun with a loaded

  magazine serial # "AT182741", located in the master bedroom under a pillow on

  the bed. SMITH's personal belongings, including his clothes, were also observed

  in this master bedroom.

- One (1) black Apple iPhone, located on the bed in the master bedroom

- One (1) grey Apple iPhone, located on the couch in the living room

- One (1) black Apple iPhone, located on the couch in the living room.

13.     On April 23, 2026, at approximately 6:00 AM, members of the DEA Cleveland

DO, assisted by members of SHPD Narcotics executed a federal search warrant at 1333

East 185th Street, Cleveland Ohio. Eric MAXWELL, Darrell HAMILTON, and Laverne

SMITH were the sole occupants who were detained.

14.     In summary, members of the DEA CDO assisted by SHPS Narcotics members,

then conducted a probable cause search of 1333 East 185th Street, Ohio, and the following

items of evidentiary value were recovered inside:

- Small baggie of white powdery substance of suspected cocaine, based on training

  experience, lab results pending, which was located on top of the upstairs common

  room closet doorway trim, totaling 23 gross grams.

6

- Two Ziploc bags with white powdery substance of suspected cocaine based on training experience, lab results pending, was located in a black book bag from behind the detached garage, totaling 143 gross grams.

- One plastic bag with white solid substance of suspected cocaine based on training experience, lab results pending, located in the same black book bag from behind the detached garage, totaling 77 gross grams.

- Numerous individual baggies of white powdery substance of suspected cocaine based on training experience, lab results pending, located in the same black book bag from behind the detached garage, totaling 43 gross grams.

- Two baggies of white powdery substances of suspected cocaine based on training experience, lab results pending, located in a gray bag above the garage door.

- Red bag with black tarlike substance located above the garage door, totaling 26 gross grams.

- $14,935.00 of United States Currency (USC) located in the pocket of jackets hanging in front closet of the living room. Laverne SMITH indicated on scene that this money belonged Devante SMITH.

- One (1) loaded Glock 19 Gen 5 9mm pistol (SN: BWRY824) located under the couch seat cushion in the living room.

- One (1) "PMAG" magazine containing seven (7) .223 caliber rounds of ammunition located inside the closet of the second-floor common room

- One (1) plastic bag containing numerous .223 caliber ammunition rounds located in the attic crawl space.

- One (1) Springfield Armory magazine containing numerous .40 caliber ammunition rounds and two (2) boxes containing numerous .40 caliber and 9mm ammunition rounds located in a gray bag above the garage door.

- One (1) Diamondback Firearms 5.56 NATO Assault Rifle (SN: DB2431369) located in the attic crawl space.

15.     In addition to above, all firearms and ammunition seized are manufactured outside the state of Ohio and therefore crossed state lines before reaching SMITH's possession. SMITH also has multiple disqualifying prior criminal convictions that preclude him from possessing firearms and ammunition, including Domestic Violence, on or about September 5, 2017, in Case Number CR-17-613944-A, Drug Trafficking, on or about March 5, 2019, in Case Number CR-17-624387-A, and Drug Trafficking, on or about April 4, 2025, in Case Number CR-22-677120-D, all in Cuyahoga County Court of Common Pleas. SMITH was present with counsel in all listed cases above. SMITH is also believed to be a career offender under the U.S.S.G. Sentencing Guidelines.

## **CONCLUSION**

16.    Based on the facts set forth in this affidavit, I submit there is probable cause to believe that on or about April 23, 2026, in the Northern District of Ohio, Devante SMITH committed the offenses of possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and felon in possession of firearms and ammunition in violation of Title 18, United States Code, Section 922(g)(1),  Affiant, therefore, requests that this Court issue a criminal complaint and arrest warrant for Devante SMITH.

Christopher P. Spinos
Task Force Officer
Drug Enforcement Administration

This affidavit was sworn to by the affiant by FaceTime after a PDF was transmitted by email, per Federal Rule of Criminal Procedure 4.1 on this 15th day of May, 2026.



James E. Grimes Jr., United States Magistrate Judge

9